**No. 61337.**—The Kemper-Thomas Co. *v.* United States, protests 258880–K, 258882–K, and 258883–K (Cleveland).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of mechanical calendars the same in all material respects as those the subject of Abstract 60628, the claim of the plaintiff was sustained.

**No. 61338.**—Lang & Marshall Co., Inc. *v.* United States, protest 286786–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of vises the same in all material respects as those the subject of Abstract 59420, the claim of the plaintiff was sustained.

**No. 61339.**—Henry C. Schaerf Corp. *v.* United States, protests 298047–K and 312789–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of vises the same in all material respects as those the subject of Abstract 59420, the claim of the plaintiff was sustained.

**No. 61340.**—Julien Giguet, Inc. *v.* United States, protest 232083–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of veils or veilings similar in all material respects to those the subject of *Elvic Import Corp.* v. *United States* (38 Cust. Ct. 13, C. D. 1837), the claim of the plaintiff was sustained.